NICCND (5/15/08) bdw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

May 16, 2008

Clerk, U.S. Bankruptcy Court

BY **bdw** DEPUTY

In re
**Shelby Dean Seale**
Debtor(s)

)
)
) Case No. **08–30750–rld7**
)
) NOTICE OF INTENT
) TO CLOSE CASE
) WITHOUT ENTRY OF
) DISCHARGE
)

It appearing a Certification of Completion of Instructional Course Concerning Financial Management was not filed by the debtor within 45 days of the first date set for the meeting of creditors, now, therefore,

**NOTICE IS GIVEN THAT,** even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, **WITHOUT** entry of a Discharge Order for a noncomplying debtor, and without further notice, **UNLESS,** within **15** days of the FILED date above, a Certification of Completion of Instructional Course Concerning Financial Management on Official Form #23 is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

NOTE: Official Form #23 and a list of agencies authorized to provide a financial management course may be obtained via the court's web site: www.orb.uscourts.gov.

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204