NICCND (5/15/08) bdw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

May 16, 2008

Clerk, U.S. Bankruptcy Court

BY **bdw** DEPUTY

In re
**Shelby Dean Seale**
Debtor(s)

Case No. **08−30750−rld7**

NOTICE OF INTENT TO CLOSE CASE WITHOUT ENTRY OF DISCHARGE

It appearing a Certification of Completion of Instructional Course Concerning Financial Management was not filed by the debtor within 45 days of the first date set for the meeting of creditors, now, therefore,

**NOTICE IS GIVEN THAT,** even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, **WITHOUT** entry of a Discharge Order for a noncomplying debtor, and without further notice, **UNLESS,** within **15** days of the FILED date above, a Certification of Completion of Instructional Course Concerning Financial Management on Official Form #23 is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

NOTE: Official Form #23 and a list of agencies authorized to provide a financial management course may be obtained via the court's web site: www.orb.uscourts.gov.

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

District/off: 0979-3    User: batina    Page 1 of 1    Date Rcvd: May 16, 2008
Case: 08-30750    Form ID: NICCND    Total Served: 1

The following entities were served by first class mail on May 18, 2008.
db +Shelby Dean Seale, 2323 NW188th Ave. #1923, Hillsboro, OR 97124-7067

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 18, 2008** **Signature:** Joseph Speetjens